# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LARRY KEPHART, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 08-00448-CV-W-FJG |
| | ) |
| FORD MOTOR COMPANY, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Pending before the Court are defendant's revised objections to plaintiff's deposition designations as submitted to the Court on September 21, 2009 via facsimile transmission, in relation to Defendant's Objections to Plaintiff's Deposition Designations (Doc. No. 62). The Court rules as follows:

| **Proposed Designation** | **Objection** |
|---|---|
| **1. Deposition of Donald Wood** | |
| **P. 41**, lines 12-15 and 18-21 | Hearsay, vague and ambiguous, speculation<br>RULING:    SUSTAINED |
| **P. 44**, lines 7-12, and 15 | Vague and ambiguous, speculation<br>RULING:    OVERRULED |
| **P. 49**, lines 4-6, 10-14, and 16 | Speculation, legal conclusion, vague and ambiguous<br>RULING:    OVERRULED |
| **P. 52**, lines 6-9, 12, and 18-23 | Speculation<br>RULING:    SUSTAINED |

## 2. Deposition of Scott Williams

**P. 29**, lines 16-19                Speculation, argumentative
                                      RULING:    OVERRULED


## 3. Deposition of Christopher Fenner

**P. 31**, lines 2-25                 Hearsay
                                      RULING:    SUSTAINED

**P. 32**, lines 1-16                 Hearsay, speculation, vague and
                                      ambiguous, compound
                                      RULING:    SUSTAINED

**P. 35**, lines 19-24                Hearsay, speculation, vague and
                                      ambiguous
                                      RULING:    SUSTAINED

**P. 36**, lines 1-3                  Hearsay, speculation, vague and
                                      ambiguous
                                      RULING:    SUSTAINED

**P. 36**, lines 13-16, and 19        Speculation
                                      RULING:    SUSTAINED

**P. 37**, lines 8, 11-15, and 17     Speculation, argumentative
                                      RULING:    SUSTAINED

**P. 37**, lines 18-21, and 24-25     Speculation, legal conclusion
                                      RULING:    SUSTAINED

**P. 38**, lines 1-3, and 6-7         Speculation, legal conclusion
                                      RULING:    SUSTAINED

**P. 39**, lines 10-13, 16-21, and 24-25    Speculation, legal conclusion
                                      RULING:    SUSTAINED

**P. 40**, lines 1-7, and 10          Speculation, legal conclusion
                                      RULING:    SUSTAINED

**4. Deposition of Brett Neal**

| | |
|---|---|
| **P. 83**, lines 5-8, 11-15, and 18 | Speculation, legal conclusion<br>RULING:    OVERRULED |
| **P. 84**, lines 6-9, and 12-14 | Speculation<br>RULING:    OVERRULED |
| **P. 86**, lines 3-6, and 9-11 | Speculation<br>RULING:    OVERRULED |
| **P. 90**, lines 19-25 | Speculation, vague and ambiguous<br>RULING:    OVERRULED |
| **P. 91**, lines 1-2, and 6-7 | Speculation, vague and ambiguous<br>RULING:    OVERRULED |
| **P. 91**, lines 8-11, 14-19, and 21-23 | Speculation<br>RULING:    OVERRULED |
| **P. 92**, lines 19-23 | Speculation<br>RULING:    SUSTAINED |
| **P. 93**, lines 1-6, and 9-11 | Speculation<br>RULING:    SUSTAINED |
| **P. 100**, lines 3-8, 11-18, and 21-25 | Speculation<br>RULING:    OVERRULED |
| **P. 101**, lines 1-5, and 8-11 | Speculation<br>RULING:    SUSTAINED |

**IT IS SO ORDERED.**

Date:   09/25/09
Kansas City, Missouri

S/ FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
Chief United States District Judge